**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Alexus Lamar and Demitrius Baxter, Defendants,

of whom Alexus Lamar is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000827

---

Appeal From York County
Thomas Henry White, IV, Family Court Judge

---

Unpublished Opinion No. 2021-UP-007
Submitted December 22, 2020 – Filed January 7, 2021

---

**AFFIRMED**

---

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville; and Nathan James Sheldon, of The Law Office of Nathan J. Sheldon, LLC, of Rock Hill, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm LLC, of Mauldin, for Respondent.

Rebecca T. McNerney, of Waxhaw, North Carolina, for the Guardian ad Litem.

---

**PER CURIAM:** Alexus Lamar appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lamar's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.